69860. WELCH v. ADEL BANKING COMPANY.
(331 SE2d 119)

McMURRAY, Presiding Judge.

Count 1 of plaintiff Adel Banking Company's complaint sets forth a claim predicated upon an unpaid consumer collateral installment note. Count 2 sets forth a petition for writ of possession (see OCGA § 44-14-230 et seq.)

No defensive pleadings were filed by defendant and the trial court entered a "default judgment" on December 21, 1983, awarding monetary damages. Defendant filed a motion to set aside this judg-

ment, which was denied and defendant appeals from the denial. *Held*:

The petition for writ of possession contained in Count 2 of plaintiff's complaint remains pending in the trial court. Since the "default judgment" disposes of less than all the claims and does not provide for the entry of a final judgment pursuant to OCGA § 9-11-54 (b), and since the procedures for interlocutory appeal have not been followed, the appeal must be dismissed. *King v. Gosdin*, 169 Ga. App. 878 (1) (315 SE2d 666).

*Appeal dismissed. Banke, C. J., and Benham, J., concur.*

DECIDED MAY 22, 1985.

*William A. King*, for appellant.
*Howard E. McClain*, for appellee.